DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**C.B.,** a Child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-902

[December 14, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos S. Rebollo, Judge; L.T. Case No. 15-003593DLA.

Carey Haughwout, Public Defender, and Virginia Murphy, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Mark J. Hamel, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***